FILED
CLERK, U.S. DISTRICT COURT

OCT 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL R. WARD, as next friend of CRYSTAL M., a minor,<br><br>    Petitioner,<br><br>        v.<br><br>EUGENIA ORTEGA, Superintendent,<br><br>    Respondent. | NO. ED CV 02-1022 MMM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _October 14_, 2008.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE