**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL R. WARD, as next friend of CRYSTAL M., a minor,<br><br>      Petitioner,<br><br>      v.<br><br>EUGENIA ORTEGA, Superintendent,<br><br>      Respondent. | NO. ED CV 02-1022 MMM (FMO)<br><br><br><br>**AMENDED JUDGMENT** |

Pursuant to the Opinion and Judgment of the Ninth Circuit Court of Appeals, entered on May 20, 2010, and the Mandate issued on June 11, 2010,

IT IS ADJUDGED THAT Ground Two of the Petition is granted. Respondent shall either release petitioner or grant a new trial within 90 days of the filing date of this Order. In considering whether retrial is appropriate, respondent shall consider petitioner's age and release date.

DATED: June 23, 2010.

                                                                                      MARGARET M. MORROW<br>
                                                                            UNITED STATES DISTRICT JUDGE